UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE ROCKY NICKLAS,<br><br>    Plaintiff,<br><br>    v.<br><br>W. Kokor, et al.,<br><br>    Defendants, | CASE NO. 1:18-cv-00119 LJO-EPG<br><br>ORDER (1) SETTING SETTLEMENT CONFERENCE, (2) REQUIRING PERSONAL ATTENDANCE BY CERTAIN INDIVIDUALS, AND (3) REQUIRING SETTLEMENT CONFERENCE STATEMENT |

Magistrate Judge Jeremy D. Peterson will hold a settlement conference on **May 16, 2019 at 10:00 a.m.** in Courtroom 6 at the U.S. District Court, 2500 Tulare Street, Fresno, California, 93721. The court expects that the parties will proceed with the settlement conference in good faith and will attempt to resolve some portion or all of the case. If any party believes that the settlement conference will not be productive, that party shall so inform the court as far in advance of the settlement conference as possible. Unless otherwise permitted in advance by the court, the following individuals must attend the settlement conference in person: (1) all of the attorney(s) who will try the case; (2) the parties; and (3) individuals with full authority to negotiate and settle the case, on any terms.

No later than one week prior to the settlement conference, each party must submit to Judge Peterson's chambers at jdporders@caed.uscourts.gov a confidential settlement conference statement. These statements should neither be filed on the docket nor served on any other party. The statements should be marked "CONFIDENTIAL" and should state the date and time of the conference. While brevity is appreciated, each statement must include:

(1) a brief recitation of the facts;

(2) a discussion of the strengths and weaknesses of the case, from your party's perspective;

(3) an itemized estimate of your party's expected costs for further discovery, pretrial, and trial matters, in specific dollar terms;

(4) your best estimate of the probability that plaintiff will prevail should this case proceed to trial, in percentage terms;

(5) your best estimate of recovery by plaintiff should this case proceed to trial and plaintiff prevail, in specific dollar terms;

(6) a history of settlement discussions (including a listing of any current settlement offers from any party, in specific dollar terms), a candid statement of your party's current position on settlement, including the amount that you would offer/accept to settle (in specific dollar terms), and a statement of your expectations for settlement discussions; and

(7) a list of the individuals who will be attending the settlement on your party's behalf, including names and, if appropriate, titles.

IT IS SO ORDERED.

Dated: April 16, 2019

UNITED STATES MAGISTRATE JUDGE