UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE ROCKY NICKLAS, | Case No. 1:18-cv-00119-LJO-EPG (PC) |
| Plaintiff, | ORDER FOLLOWING INITIAL SCHEDULING CONFERENCE |
| v. | |
| W. KOKOR and MS. MATA, | (ECF NOS. 29, 30, 33, & 43) |
| Defendants. | |

Steve Rocky Nicklas ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On July 18, 2019, the Court held an Initial Scheduling Conference ("Conference"). Plaintiff telephonically appeared on his own behalf. Counsel Derrek Lee telephonically appeared on behalf of Defendants.

For the reasons stated on the record at the Conference, IT IS ORDERED that:

1. Plaintiff's further compliance[1] with the initial disclosures requirement (ECF No. 19) is waived.
2. Plaintiff's requests for appointment of counsel (ECF Nos. 29, 30, & 43) are denied without prejudice.
3. Plaintiff's request for a case status report (ECF No. 43) is denied as moot.

---

[1] Plaintiff disclosed witnesses and documents on the record at the Conference.

1

4. Plaintiff's request for conference statements in transcript (ECF No. 33) is denied.

IT IS SO ORDERED.

Dated: **July 19, 2019**

/s/ *Eric P. Grosjean*
UNITED STATES MAGISTRATE JUDGE