UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE ROCKY NICKLAS,<br><br>  Plaintiff,<br><br>v.<br><br>W. KOKOR and MS. MATA,<br><br>  Defendants. | Case No. 1:18-cv-00119-NONE-EPG (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE AND CLOSE THE CASE<br><br>(ECF NOS. 77 & 78) |

On March 12, 2020, the parties filed stipulations dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF Nos. 77 & 78). In light of the parties' stipulations, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is DIRECTED to assign a district judge to this case for the purpose of closing the case and then to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated: __**March 13, 2020**__     /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE

1